# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2925

_____

Mark B. Price,                          *
                                        *
        Appellant,          *    Appeal from the United States
                                        *    District Court for the Eastern
    v.                        *    District of Missouri.
                                        *
McDonnell Douglas Corporation,          *         [UNPUBLISHED]
                                        *
        Appellee.           *

_____

Submitted:  June 29, 2000

Filed:  July 6, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

      Mark B. Price appeals the adverse grant of summary judgment on his Americans with Disabilities Act (ADA) claim against his employer, McDonnell Douglas Corporation (MDC).  Having reviewed the record and the parties' briefs, we conclude the grant of summary judgment to MDC was proper.  Price also contends the district court erroneously failed to address his Missouri Human Rights Act (MHRA) claim. While Price did move to amend his original complaint to include an MHRA claim, the motion was dismissed without prejudice and Price failed to refile.  Even assuming the MHRA claim was properly before the district court, MHRA claims are analyzed under

the same standard as ADA claims, <u>see</u> <u>Treanor v. MCI Telecommunications Corp.</u>, 200 F.3d 570, 574 (8th Cir. 2000), and "resolution of the [ADA] claim also disposed of the state claim," <u>Schuler v. Phillips Petroleum Co.</u>, 169 F.3d 1171, 1172 (8th Cir. 1999). We thus affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.